# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0459
L.T. Case Nos: 2023-104642-MMDL
2023-105186-MMDL

_____

TERA B. LAU,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Mandamus
David Howard Foxman, Respondent Judge.

Tera B. Lau, Deltona, pro se.

No Appearance for Respondent.

March 5, 2025

PER CURIAM.

    DISMISSED.

LEWIS, WINOKUR, and TANENBAUM, JJ., Associate Judges, concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____